DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Peak<br><br>Case below:<br>180 N.C. App. 693 | No. 011P07 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA06-360) | Denied<br>01/25/07 |
| State v. Pearson<br><br>Case below:<br>178 N.C. App. 563 | No. 426P06 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA05-1306) | Denied<br>01/25/07 |
| State v. Peterson<br><br>Case below:<br>179 N.C. App. 437 | No. 547A06 | 1. Def's NOA (Dissent) (COA05-973)<br><br>2. Def's PDR as to Additional Issues | 1. ——.<br><br>2. Denied<br>01/25/07 |
| State v. Purcell<br><br>Case below:<br>178 N.C. App. 235 | 383P06 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA05-1351) | Denied<br>01/25/07 |
| State v. Ragland<br><br>Case below:<br>177 N.C. App. 150 | No. 246P06 | 1. Def's NOA Based Upon a Constitutional<br>Question (COA05-121)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed<br>*Ex Mero Motu*<br>01/25/07<br><br>2. Denied<br>01/25/07 |
| State v. Reynolds<br><br>Case below:<br>160 N.C. App. 579 | No. 588P03-2 | Def's Motion for "Petition for<br>Discretionary Review" (PWC-0)<br>(COA02-1510) | Dismissed<br>01/25/07<br><br>**Timmons-<br>Goodson, J.,<br>and Hudson, J.,<br>Recused** |
| State v. Riddick<br><br>Case below:<br>177 N.C. App. 288 | No. 284P06 | 1. Def's NOA Based Upon a Constitutional<br>Question (COA05-652)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed<br>*Ex Mero Motu*<br>01/25/07<br><br>2. Denied<br>01/25/07 |
| State v. Robinson<br><br>Case below:<br>Cumberland County<br>Superior Court | No. 411A94-4 | 1. Def-Appellant's Motion for Expedited<br>Hearing (Cumberland County)<br><br>2. Def-Appellant's PWC | 1. Allowed<br>01/23/07<br><br>2. Denied<br>01/23/07<br><br>**Brady, J., and<br>Timmons-<br>Goodson, J.,<br>Recused** |